# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ESTATE OF YAEL BOTVIN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 05-cv-220 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER AND JUDGMENT

In accordance with the Memorandum Opinion issued this date, it is hereby

ORDERED that final judgment is entered in favor of plaintiff the Estate of Yael Botvin and against defendants Islamic Republic of Iran, Iranian Ministry of Information and Security, and Iranian Revolutionary Guard; it is furthermore

ORDERED that the Estate of Yael Botvin is awarded $1,704,457 in compensatory damages; it is furthermore

ORDERED that the defendants shall be liable, jointly and severally, for the entire $1,704,457 amount; it is furthermore

ORDERED that the claims of Julie Goldberg-Botvin, Tamar Botvin, and Michal Botvin are DISMISSED WITH PREJUDICE; it is furthermore

ORDERED that plaintiff the Estate of Yael Botvin shall forthwith, at its own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment, and the Memorandum Opinion issued this date, to defendants.

This is a final, appealable order. *See* Fed. R. App. P. (4)(a).

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on July 3, 2012